BEFORE THE FIRST DIVISION, DECEMBER 8, 1943

No. 49009.—Protests 905379–G, etc., of David P. Barry Corp. (New York).

Opinion by OLIVER, P. J.   At the trial one witness testified on behalf of the plaintiff.   In view of the facts agreed upon by counsel and exhibit 1 which was received in evidence, and the record in Abstract 45801 which was incorporated in the record herein, the court held the cuff links in question to be dutiable at 35 percent under paragraph 1531 as claimed.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1943

No. 49010.—Protests 879680–G, etc., of Olivier Straw Goods Co. (New York).

Opinion by TILSON, J.   The testimony showed that certain of the items are similar in all material respects to those involved in Abstract 47291, which record was admitted in evidence herein.   Items described on the invoices as "natural," "nat.," "grege," or "greges" were therefore held dutiable at 25 percent as claimed.

No. 49011.—Protests 963569–G, etc., of Kralen Hat Body Corp. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of straw hats the same in all material respects as those involved in Abstract 46497, which record was admitted in evidence herein.   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to those items.

No. 49012.—Protest 625424–G of Irving L. Hartmann & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain of the items are hats similar in all material respects to those involved in Caradine v. United States (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein.   In accordance therewith those imported or withdrawn for consumption prior to February 1, 1936, were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075.   Protest sustained to this extent.